# United States Court of Appeals
## For the First Circuit

No. 07-1527

UNITED STATES OF AMERICA,

Appellee,

v.

SCOTT BOIDI,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on June 3, 2009, should be amended as follows.

On page 12, line 10 of 1st full paragraph, replace "<u>supra</u> note 7," with <u>supra</u> note 4,".